UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAWRENCE SMALLWOOOD, on
behalf of himself and all
others similarly situated
in the State of Florida,

    Plaintiff,

vs.                                Case No. 3:07-cv-278-J-20HTS

CHARTONE, INC.,

    Defendant.
_____

**O R D E R**

In this Court's Order (Doc. #11; Order), entered on May 17, 2007, it was noted that Plaintiff's last name appeared to be misspelled in the style of the Complaint (Doc. #2). Order at 1 n.1. Therefore it stated that "unless Plaintiff objects within five (5) days . . . , the Court will direct the Clerk of the Court to correct, by interlineation, the spelling [of Plaintiff's last name] to Smallwood." *Id.* Five days having passed and no objection having been filed, the Clerk of the Court is hereby directed to change, by interlineation, the spelling of Plaintiff's last name in

the caption of the Complaint (Doc. #2) from Smallwoood to Smallwood.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June, 2007.

                                           /s/         Howard T. Snyder
                                           HOWARD T. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any